

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) ) | CASE NO. 1:04-cr-481 |
| ANTONIO SUAZO PINEDA, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Defendant Antonio Suazo Pineda, acting *pro se*, has written to request a sentence reduction under the amended crack cocaine guidelines made retroactively effective. The new guidelines will not be in effect until November 1, 2011, assuming no changes are made by Congress. For these reasons, no action can be taken on Defendant's request at this time. Accordingly, it is hereby

ORDERED that Defendant's letter be electronically docketed as a motion for modification of sentence under 18 U.S.C. § 3852(c)(2), and it is further

ORDERED that the Clerk transmit a copy of Defendant's letter to counsel of record, the Federal Public Defender (FPD), if original defense counsel was not from that office, and the United States Probation Office, and it is further

ORDERED that the United States Probation Office electronically transmit a copy of Defendant's Presentence Investigation Report to counsel of record and the FPD because that office is coordinating the resentencing effort.

The Clerk is directed to forward a copy of this Order to counsel of record and Defendant, *pro se*.

ENTERED this 21st day of October, 2011.

/s/
Gerald Bruce Lee
United States District Judge

Alexandria, Virginia
10/21/2011

Gerald Bruce Lee
United States District Judge